[Docket Nos. 64 & 65]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

_____  :
                              :
TYRON J. FLOYD,               :
                              :
          Plaintiff,          :   Civil No. 05-3949 (RMB)
                              :
     v.                       :   **ORDER**
                              :
THE STATE OF NEW JERSEY       :
CASINO COMMISSION et al.,     :
                              :
          Defendants.         :
_____  :

THIS MATTER having come before the Court upon motions by both Defendants, the State of New Jersey Casino Control Commission and the Sands Hotel and Casino, Inc., to dismiss Plaintiff's Amended Complaint; and the Court having considered the moving papers, and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Defendants' motions to dismiss the Complaint are **GRANTED in part** and **DENIED in part**. Defendants' motions are denied only to the extent that Plaintiff is pursuing claims under the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq.  The remaining claims are dismissed with prejudice.

Dated: June 19, 2007                    s/Renée Marie Bumb
                                        RENÉE MARIE BUMB
                                        United States District Judge